No. 98–7715 (A–585). SHEPPARD *v.* EARLEY, ATTORNEY GENERAL OF VIRGINIA. C. A. 4th Cir. Application for preliminary injunction, addressed to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JANUARY 22, 1999

No. A–603. ATKINS *v.* CATOE, INTERIM DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, addressed to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 98–405. RENO, ATTORNEY GENERAL *v.* BOSSIER PARISH SCHOOL BOARD; and

No. 98–406. PRICE ET AL. *v.* BOSSIER PARISH SCHOOL BOARD. Appeals from D. C. D. C. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Briefs of appellants are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 5, 1999. Brief of appellee is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 2, 1999. Reply briefs, if any, are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 16, 1999. This Court's Rule 29.2 does not apply. Reported below: 7 F. Supp. 2d 29.